## THIRD DEPARTMENT, NOVEMBER TERM, 1886.

John Brotherson, Respondent, v. John Consalus, Executor, etc., Appellant.— Order affirmed, with ten dollars costs and printing disbursements. Opinion by Landon, J.

John Brotherson, Respondent, v. John Consalus, Executor, etc., Appellant.—Judgment modified by striking out $274.29 as of October 20, 1885, and as modified affirmed, without costs. Opinion by Landon, J. Order to be settled by Landon, J.

George M. Wiswall, as Administrator, etc., Appellant, v. Edward O'Brien and Others, Respondents.—Judgment affirmed, with costs. Opinion by Bockes, J.

Harriet Van Horne, Administratrix, etc., Appellant, v. Boston, Hoosac Tunnel and Western Railroad Company, Respondent.— Judgment affirmed, with costs. Opinion by Bockes, J.

James G. Patton, Respondent, v. Daniel A. Bullard and Others, Appellants.—Judgment affirmed, with costs. Opinion by Learned, P. J.

Anna Livingston, Respondent, v. Peter Livingston, Appellant. — Judgment affirmed, with costs. Mem. by Landon, J.

Clara Belle Doughty, Appellant, v. Collins Doughty and others, Respondents. — Judgment reversed, new trial granted, costs to abide event; referee discharged. Opinion by Learned, P. J., and by Bockes, J., dissenting.

American Society for Prevention of Cruelty to Animals v. City of Cohoes.—Judgment affirmed, with costs. Opinion by Bockes, J.

Henry Tefft and others, Respondents, v. George M. Bissell, Appellant. — Judgment affirmed, with costs. Opinion by Landon, J.

Andrew McClure, Appellant, v. New York Central and Hudson River Railroad Company, Respondent. — Judgment affirmed, with costs. Opinion by Learned, P. J.

Kezia Brockway, Respondent, v. John W. Tayntor and others, Appellants. — Judgment modified by directing the payment first to the administrator of the $1,200 mortgage and interest, next the costs of the guardian *ad litem;* next the plaintiff's claim, and the balance to the heirs of Woodhull. Opinions by Learned, P. J., and Landon, J.; ordered to be settled by Landon, J.

Robert L. Day and another, Respondents, v. Ogdensburgh and Lake Champlain Railroad Company and others, Appellants. — Interlocutory judgment affirmed, with costs, with leave, etc. Mem. by Bockes, J. (Cause certified to Court of Appeals under sub. 4, sec. 190, Code.)

John Hogan, Respondent, v. James Ryan, Appellant. — Judgment and order reversed, new trial granted, costs to abide event. Opinion by Landon, J.

Walter S. Church, Appellant, v. Johan Jost Becker, Respondent.—Judgment affirmed, with costs. Opinion by Landon, J., dissenting.

Elizabeth Phillips, Executrix, etc., Respondent, v. The Troy and Boston Railroad Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Learned, P. J., and by Landon, J., dissenting.

George W. Holcomb, Respondent, v. Elizabeth B. Holcomb, Appellant. — Judgment affirmed, with costs. Opinion by Learned, P. J.

Anna M. Tisdale, Respondent, v. Delaware and Hudson Canal Company, Appellant. —Judgment and order affirmed, with costs. Opinion by Bockes, J.

Catharine Taylor, Respondent, v. City of Cohoes, Appellant. — Order reversed, with ten dollars costs and printing disbursements, and motion granted, with costs. Opinion by Learned, P. J.

John E. Van Etten, Appellant, v. Jonathan H. Hasbrouck, Respondent. — Order reversed, without costs; motion denied, without prejudice, according to opinion. Opinion by Bockes, J.

Albany County Bank, Respondent, v. William B. Scott, Appellant —Judgment affirmed, with costs. Opinion by Bockes, J.

Garret M. Clute, Respondent, v. New York Central and Hudson River Railroad Company, Appellant. — Judgment reversed, new trial granted, costs to abide event. Opinion by Learned, P. J.; Landon, J., not acting.

The Phœnix Mills, Respondent, v. James A. Miller, Appellant.—Judgment and order reversed, new trial granted, costs to abide event. Opinion by Bockes, J.

Elmer J. Albert, Respondent, v. Elnathan Sweet, Jr., and others, Appellants. — Judgment affirmed, with costs. Opinion by Learned, P. J.

Jacob Kreischer, Respondent, v. Gottlieb Vetter, Appellant, Impleaded, etc. — Judgment affirmed, with costs. Opinion by Bockes, J.

George L. Wiltsie, Surviving Partner, etc., Respondent, v. The Village of Greenbush, Appellant.—Judgment affirmed, with costs. Opinion by Bockes, J.

Matter of Application of Water Commissioners of Amsterdam to Acquire Lands, Respondents, v. Stephen Collins and Another, Appellants.— Order reversed, with ten dollars costs and printing disbursements, and motion reversed, with ten dollars costs. Opinion by Learned, P. J.

John W. French, Respondent, v. Emma J. Kenworthy and others, Appellants.— Order affirmed, with ten dollars costs and printing disbursements as to Effie B., and appeal dismissed as to Charles A., with ten dollars costs to be paid by general guardian. Opinion by Learned, P. J.

Daniel Vrooman, Respondent, v. Elizabeth Clow, Appellant.—Judgment modified in accordance with opinion. Opinion by Learned, P. J.

William H. Thorn, Overseer, etc., Respondents, v. Charles Hadden, Appellant.—Order affirmed, with ten dollars costs and printing disbursements. Opinion by Learned, P. J.

Chester Dusty, Respondent, v. Magdalena B. Lansing, Appellant. — Order reversed and motion granted on payment of ten dollars costs and ten dollars costs of appeal and printing disbursements. Opinion by Learned, P. J.

Perqua v. Perqua. — Motion granted on condition. (See order on file.) Opinion by Bockes, J.

Simeon Cunliff, Appellant, v. Delaware and Hudson Canal Company, Respondent. — Order affirmed, with ten dollars costs and printing disbursements Opinion by Bockes, J.

Mary T. Biden, Executrix, etc., Respondent, v Edward F. James, Appellant, Impleaded, etc. — Judgment affirmed, with costs. Opinion by Learned, P. J.

Catharine Draper, Appellant, v. Delaware and Hudson Canal Company, Respondent. — Judgment affirmed, with costs. Opinion by Learned, P. J.

Henry C. Smith, Receiver, etc., Respondent, v. Willis H. Bellows and others, Appellants. — Judgment reversed, new trial granted, costs to abide event. Opinion by Learned, P. J.

Abram V. Morris v. Francis A. Fales. Order resettled and filed.